

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-12-00642-CR

**EX PARTE** Mary S. **ROBERTS**

From the 226th Judicial District Court, Bexar County, Texas
Trial Court No. 2006CR6404A-W2
Honorable Sid L. Harle, Judge Presiding

BEFORE JUSTICE BARNARD, JUSTICE ALVAREZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the order of the trial court is REVERSED. We REMAND this cause to the trial court with instructions to grant habeas corpus relief and to delete the provision in Roberts's "Terms and Conditions of Community Supervision" requiring Roberts to pay "restitution joint and severed with defendant in 2006CR6404B."

SIGNED July 17, 2013.

_____
Luz Elena D. Chapa, Justice